1  Scott A. Burroughs, Esq. (SBN 235718)
2  Email: scott@donigerlawfirm.com
   Michael H. Chiang, Esq. (SBN 258787)
3  Email: michael@donigerlawfirm.com
   **DONIGER / BURROUGHS APC**
4  300 Corporate Pointe, Suite 355
5  Culver City, California  90230
6  Telephone (310) 590-1820
   Facsimile (310) 417-3538
7

8  Attorneys for Plaintiff

9              **UNITED STATES DISTRICT COURT**

10           **CENTRAL DISTRICT OF CALIFORNIA**

11                              **CV09-03681   SJO(RZx)**

12  UNITED FABRICS INTERNATIONAL,     Case No.:
    INC., a California Corporation
13
                                      PLAINTIFF'S COMPLAINT FOR:
14  Plaintiff,
                                      1. COPYRIGHT INFRINGEMENT
15  vs.
                                      2. VICARIOUS AND/OR
16                                    CONTRIBUTORY COPYRIGHT
    THE SWISS COLONY, INC. d/b/a      INFRINGMENT
17  MONROE & MAIN, a Wisconsin
    Corporation; GUNIT FASHION, INC., a
18  New York Corporation; JES         Jury Trial Demanded
    FOOTWEAR, L.L.C. d/b/a ANDIAMO, a
19  Virginia Limited Liability Company;
20  DOES 1 through 10,
21
    Defendants.
22

23

24

25

26

27

28

Plaintiff United Fabrics International, Inc. ("Plaintiff"), by and through its undersigned attorneys, hereby prays to this honorable Court for relief and remedy based on the following:

## INTRODUCTION

Plaintiff is a Los Angeles based company that creates and obtains unique two-dimensional artworks for use on textiles, which are transacted primarily in the fashion industry. Plaintiff owns these designs in exclusivity and makes sales of products bearing these designs for profit. Plaintiff's business is predicated on its exclusive rights to these designs and it spends a considerable amount of time and resources creating and obtaining top-quality, marketable, and aesthetically-appealing designs. Customers of Plaintiff, including Defendants named herein, take design samples with the understanding and agreement that they will only utilize Plaintiff to reproduce the designs, should they wish to do so, and will not seek to make minor changes to Plaintiff's proprietary work to reproduce such designs elsewhere, including in advertising. This action is brought to recover damages for direct, vicarious, and contributory copyright infringement as well as breach of contract arising out of Defendants', and each of their, misappropriation of Plaintiff's intellectual property rights in its designs.

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and § 1338 (a) and (b).

3. The acts and conduct complained of herein are specifically directed to and intended to have an effect within this state —and do have such an effect. The claims asserted herein arose, at least in part, in this State, and the interstate trade and commerce herein described are and have been carried out in part within this District.

Defendants, and each of them, have sufficient contacts with California to subject it to the jurisdiction of this Court for the purposes of this action.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

5. United Fabrics International, Inc. is a corporation organized and existing under the laws of the State of California with its principal place of business located at 1723 South Central Avenue, Los Angeles, California 90021.

6. United Fabrics is informed and believes and thereon alleges that Defendant THE SWISS COLONY, INC. ("SWISS COLONY") is a corporation organized and existing under the laws of the State of Wisconsin, and doing business in and with the state of California.

7. United Fabrics is informed and believes and thereon alleges that Defendant GUNIT FASHIONS, INC. ("GUNIT") is a corporation organized and existing under the laws of the State of New York, and doing business in and with the state of California.

8. United Fabrics is informed and believes and thereon alleges that Defendant JES FOOTWEAR, L.L.C. ("JES") is a limited liability company organized and existing under the laws of the State of Virginia, and doing business in and with the state of California.

9. Plaintiff is informed and believes and thereon alleges that some of Defendants DOES 1 through 3, inclusive, are manufacturers and/or vendors of merchandise to Defendants and that such DOE Defendants have manufactured and/or supplied products comprised of fabric printed with Plaintiff's copyrighted design(s) (as hereinafter defined) without Plaintiff's knowledge or consent or have contributed to said infringement. The true names, whether corporate, individual or

otherwise of Defendants DOES 1-3, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names and will seek leave to amend this complaint to show their true names and capacities when same have been ascertained.

10. Defendants DOES 4 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 4 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

11. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO GEOMETRIC COLLECTION DESIGNS

12. Prior to the conduct complained of herein, Plaintiff composed two related two-dimensional artworks for use on textiles. These designs were designated "Skye" (attached hereto as "EXHIBIT 1") and "Kristen" (attached hereto as "EXHIBIT 2") (collectively, "Geometric Collection Designs").

13. Plaintiff subsequently registered the Geometric Collection Designs with the United States Copyright Office on July 30, 2007 and was granted Registration No. VAu 751-468 (attached hereto as "EXHIBIT 3").

14. In accordance with its normal business practice, Plaintiff sampled the Geometric Collection Designs to prospective customers.

15. Plaintiff is informed and believes and thereon alleges that, without Plaintiff's authorization, Defendants, and each of them, purchased, sold, manufactured, caused to be manufactured, imported, and/or distributed fabric bearing a design that is identical or substantially similar to the Geometric Collection Designs, and/or merchandise comprised of such fabric ("Geometric Collection Infringing Products") (A photograph of one such Geometric Collection Infringing Product is attached hereto as "EXHIBIT 4").

16. Section 106(3) of the Copyright Act provides that it is copyright infringement to distribute illegal copies of the copyrighted work to the public by sale. Defendants, and each of them, have distributed illegal fabric and merchandise to the public by sale. In doing so, Defendants have violated Plaintiff's copyright in the Geometric Collection Designs.

## CLAIMS RELATED TO CELEST DESIGN

17. Prior to the conduct complained of herein, Plaintiff obtained all rights in a two-dimensional artwork composed and owned in exclusivity by Red Studio ("Red Studio Artwork").

18. From the Red Studio Artwork, Plaintiff created a derivative work, which it designated "Celest" ("Celest Design") (attached hereto as "EXHIBIT 5").

19. Plaintiff subsequently registered the Celest Design with the United States Copyright Office on March 30, 2007 and was granted Registration No. VAu 739-400 (attached hereto as "EXHIBIT 6").

20. In accordance with its normal business practice, Plaintiff sampled the Celest Design to prospective customers.

21. Plaintiff is informed and believes and thereon alleges that, without Plaintiff's authorization, Defendants, and each of them, purchased, sold, manufactured, caused to be manufactured, imported, and/or distributed fabric bearing a design that is identical or substantially similar to the Celest Design, and/or merchandise comprised of such fabric ("Celest Infringing Products") (A photograph of one such Celest Infringing Product is attached hereto as "Exhibit 7").

22. Section 106(3) of the Copyright Act provides that it is copyright infringement to distribute illegal copies of the copyrighted work to the public by sale. Defendants, and each of them, have distributed illegal fabric and merchandise to the public by sale. In doing so, Defendants have violated Plaintiff's copyright in the Celest Design.

23. The Geometric Collection Designs and the Celest Design will collectively be referred to as the "Subject Designs."

24. The Geometric Collection Infringing Products and the Celest Infringing Products will be collectively referred to as the "Subject Products."

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement - Against All Defendants, and Each)

25. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in Paragraphs 1 through 23, inclusive, of this Complaint.

26. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Designs, including, without limitation, through (a) access to Plaintiff's design library; (b) access to authorized or unauthorized reproductions in the possession of other vendors and/or DOE

Defendants; and (c) access to Plaintiff's strike-offs, swatches, paper CADs and samples.

27. Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures fashion merchandise and/or is a fashion merchandise vendor. Plaintiff is further informed and believes and thereon alleges that said Defendant(s) has an ongoing business relationship with Defendant retailer, and supplied merchandise to said retailer. Plaintiff is further informed and believes and thereon alleges that said merchandise infringed the Subject Designs through use of unauthorized print designs that were identical or substantially similar to the Subject Designs.

28. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by importing, creating, making, developing, and/or advertising directly infringing and/or derivative works from the Subject Designs and by importing, producing, distributing and/or selling Subject Products through a nationwide network of retail channels.

29. Due to Defendants' acts of infringement, Plaintiff has suffered substantial damages to its business in an amount to be established at trial.

30. Due to Defendants' acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

31. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Designs. As such, Plaintiff is entitled to disgorgement of Defendant's profits directly and indirectly attributable to Defendant's infringement of the Subject Designs in an amount to be established at trial.

32. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have continued to import, manufacture, cause to be manufactured

and/or sell Subject Products with knowledge that such conduct was in violation of Plaintiff's copyrights. Therefore, Defendants' acts of copyright infringement as alleged above were, and continue to be, willful, intentional and malicious, subjecting Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement. Further, Defendants', and each of their, willful and intentional misappropriation and/or infringement of Plaintiff's copyrighted Subject Designs renders Defendants, and each of them, liable for statutory damages as described herein. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## SECOND CLAIM FOR RELIEF

(For Vicarious and/or Contributory Copyright Infringement - Against All Defendants)

33. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in Paragraphs 1 through 31, inclusive, of this Complaint.

34. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, knowingly induced, participated in, aided and abetted in and resultantly profited from the illegal reproduction, importation, purchase, advertising, distribution and/or sales of Subject Products as alleged hereinabove.

35. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

36. By reason of the Defendants', and each of their, acts of contributory and/or vicarious infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial, as

well as additional general and special damages in an amount to be established at trial.

37. Due to Defendants' acts of contributory and/or vicarious copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Designs. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Designs, in an amount to be established at trial.

38. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have continued to import, manufacture, cause to be manufactured and/or sell Subject Products with knowledge that such conduct was in violation of Plaintiff's copyrights. Therefore, Defendants' acts of copyright infringement as alleged above were, and continue to be, willful, intentional and malicious, subjecting Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement. Further, Defendants', and each of their, willful and intentional misappropriation and/or infringement of Plaintiff's copyrighted Subject Designs renders Defendants, and each of them, liable for statutory damages as described herein. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

### *Against All Defendants*

1. <u>With Respect to Each Claim for Relief</u>

   a. That Defendants, their agents and servants be enjoined from infringing Plaintiff's copyright in any manner;

b. That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

d. That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

e. That Plaintiff be awarded pre-judgment interest as allowed by law;

f. That Plaintiff be awarded its attorneys' fees and the costs of this action; and

g. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Further, Plaintiff hereby demands a trial by jury in this action pursuant to Federal Rule of Civil Procedure 38 and the Seventh Amendment of the Constitution.

Dated: May 21, 2009                    **DONIGER / BURROUGHS APC**

Michael H. Chiang, Esq.
Attorneys for Plaintiff
UNITED FABRICS INTERNATIONAL, INC.

10
COMPLAINT

# Exhibit 1



# Exhibit 2



# Exhibit 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VAu 751 - 468**

EFFECTIVE DATE OF REGISTRATION

SEP 2 8 2007

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

2007 GEOMETRIC COLLECTION XIII

**NATURE OF THIS WORK ▼** See instructions

**Previous or Alternative Titles ▼**

A012, A013, A010, A011, 8073, G117, G125, G171, G146, G179, G169, D062, G164, 8065, D073, 8063, D065, D068

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a** UNITED FABRICS INTERNATIONAL INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**Was this contribution to the work a "work made for hire"?**
[✗] Yes
[ ] No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**Nature of Authorship** Check appropriate box(es). See instructions
[ ] 3-Dimensional sculpture     [ ] Map     [ ] Technical drawing
[✗] 2-Dimensional artwork       [ ] Photograph     [ ] Text
[ ] Reproduction of work of art  [ ] Jewelry design     [ ] Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Name of Author ▼**

**b**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

**Was this contribution to the work a "work made for hire"?**
[ ] Yes
[ ] No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**Nature of Authorship** Check appropriate box(es). See instructions
[ ] 3-Dimensional sculpture     [ ] Map     [ ] Technical drawing
[ ] 2-Dimensional artwork       [ ] Photograph     [ ] Text
[ ] Reproduction of work of art  [ ] Jewelry design     [ ] Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
2007
◄ Year

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNITED FABRICS INTERNATIONAL, INC. ATTN: SHAH SIMANTOB
1723 SOUTH CENTRAL AVE. LOS ANGELES, CA 90021

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 30 2007
ONE DEPOSIT RECEIVED
SEP 30 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ►** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.     DO NOT WRITE HERE
• See detailed instructions.     • Sign the form at line 8.     Page 1 of ___ pages

EXAMINED BY

FORM VA

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼           **Year of Registration** ▼   2006-2007

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

ATMOSPHERE-ADEA700148, BLU STUDIO-NICE600365/BET0600151/FV00700120, RED STUDIO-NBET600612, CONTROMODA-CEA0601186, STUDIO33-SC00700016, NEW AGE-ABE0700067,

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

ADAPTATION OF DESIGN AND ADDITIONAL ARTISTIC WORK

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

UNITED FABRICS INTERNATIONAL, INC. ATTN: SHAR SIMANTOB
1723 SOUTH CENTRAL AVE. LOS ANGELES, CA 90021

b

Area code and daytime telephone number   ( 213 ) 749-8200                Fax number   ( 213 ) 749-8300

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶   {  ☐ author
                       ☐ other copyright claimant
                       ☐ owner of exclusive right(s)
                       ☑ authorized agent of   UNITED FABRICS INT'L, INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SHAR SIMANTOB                                                         Date   JUL 2 8 201..

Handwritten signature (X) ▼

X

**8**

**Certificate**
will be
mailed in
window
envelope
to this
address:

Name ▼
UNITED FABRICS INTERNATIONAL, INC. ATTN: SHAR SIMANTOB

Number/Street/Apt ▼
1723 SOUTH CENTRAL AVE.

City/State/ZIP ▼
LOS ANGELES, CA

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Continuation Sheet
# for Application Forms



SEP 2 8 200

Form VA/CON
UNITED STATES COPYRIGHT OFFICE

VAu 751--468

PA PAU SE SEG SEU SR SRU TX TXU VA **VAU**

**EFFECTIVE DATE OF REGISTRATION**

7    30    07
(Month)    (Day)    (Year)

**CONTINUATION SHEET RECEIVED**
JUL 3 0 2007

Page **5** of **4** pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only. Indicate which basic form you are continuing in the upper right-hand corner.
- Try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space on the basic form, use this Continuation Sheet, and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** Give the title as given under the heading "Title of this Work" in space 1 of the basic form.

  **2007 GEOMETRIC COLLECTION XIII**

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** Give the name and address of at least one copyright claimant as given in space 4 of the basic form or space 2 of any of the Short Forms PA, TX, or VA.

  **UNITED FABRICS INTERNATIONAL, INC. ATTN: SHAR SIMANTOB**

---

## B
**Continuation of Space 2**

### d

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
|---|---|---|
| | | Year Born ▼    Year Died ▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes | OR { Citizen of ▶ _____ | Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions. |
| ☐ No | { Domiciled in ▶ _____ | Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

### e

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
|---|---|---|
| | | Year Born ▼    Year Died ▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes | OR { Citizen of ▶ _____ | Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions. |
| ☐ No | { Domiciled in ▶ _____ | Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

### f

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
|---|---|---|
| | | Year Born ▼    Year Died ▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes | OR { Citizen of ▶ _____ | Anonymous?    ☐ Yes ☐ No    If the answer to either of these questions is "Yes," see detailed instructions. |
| ☐ No | { Domiciled in ▶ _____ | Pseudonymous? ☐ Yes ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which):    ☑ Space 1    ☐ Space 4    ☑ Space 6

**C**

Continuation
of other
Spaces

**SPACE 1:**
G197, G187, G186, G130, 8084, G175, G173, D071, G172, G166, G176, G132, D064, 8096, G126, 8072, 8081, G117, G189, G156, G143, G192, G159, G136, G144, 8077, D066, D059, G152, G151, G150, D072, D074, G148, G158, G153, D075, D073,

**SPACE 6:**
AVANTGARD-3628/1794DV/3628MR/13246D/9192DV, STUDIO33-SAK0700221/SZA0700455, ATMOSPHERE-FLEX700063, BLUE STUDIO-NICE700188, WHISTON WRIGHT-STAH6733/8TEB9480C, NEW AGE-NTE0700010, MUSTIC STYLE-CX0057, ELLE-707976, CONTROMODA-CEA0601186, BLUE STUDIO-RIV0700138, DJ623

Certificate
will be
mailed in
window
envelope
to this
address:

| Name ▼ |
| UNITED FABRICS INTERNATIONAL, INC. ATTN: SHAR SIMANTOB |
| Number/Street/Apt ▼ |
| 1723 SOUTH CENTRAL AVE. |
| City/State/Zip ▼ |
| LOS ANGELES, CA 90021 |

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable fee in check or
   money order payable to Register
   of Copyrights
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**D**

Form CON   Rev: 07/2006   Print: 07/2007 — xx,000   Printed on recycled paper

U.S. Government Printing Office: 2008-xxx-xxx/60,xxx

**TITLE OF COLLECTION:** 2007 GEOMETRIC COLLECTION XIII

**CONTENTS:**

1. KRISTEN - G117
2. AVERY - G125
3. JAYLA - G171
4. DIAMANDA - G146
5. AURA - G179
6. LANE - G169
7. GINNIE - 0062
8. KAYCEE - G164
9. JEMMA - 8065
10. CHANEL - D073
11. EBONY - 8063
12. LORETTE - D065
13. LYNLEY - D068
14. JANNAE - G197
15. KAMBRIA - G187
16. DANNI - G186
17. LUELLA - G130
18. NORABEL - 8084
19. MADY - G175
20. JAIDEN - G173
21. NEDRA - D071
22. SKYE - G172
23. MYSTEE - G166
24. MIRA - G176
25. CARMINE - G132
26. DELISHA - D064
27. CEDRA - 8096
28. EDYTH - G126

29. CADIE - 8072

30. JAZZY - 8081

31. KARENNA - G117

32. LENORE - G189

33. NEELY - G156

34. KARINA - G143

35. MAGDALINE - G192

36. MAGDA - G159

37. ARIA - G136

38. KAMREN - G144

39. LIV - 8077

40. MARIA - D066

41. BRIANA - D059

42. GYPSY - G152

43. ESSENCE - G151

44. ELSA - G150

45. SELMA - D072

46. SHONTELE - D074

47. CHANEL - D073

48. CHESNA - G148

49. BRETTA - G158

50. MERCY - G153

51. DENEEN - D075

52. AMELIA - A012

53. GIA - A013

54. LORIAN - A010

55. KARA - A011

56. MALLORY - 8073

# Exhibit 4



# Exhibit 5



# Exhibit 6

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Form VA
For a Work of the Visual Arts

VAu 739-400

JUN 0 4 2007

EFFECTIVE DATE OF REGISTRATION

**MARCH 30 2007**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  Title of This Work ▼    NATURE OF THIS WORK ▼ See instructions

2007 GEO-ETHNIC COLLECTION II

Previous or Alternative Titles ▼
4076, 8060, 6011, E089, 4078, 8064, G142, G147, G115, G134, G131

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**  NAME OF AUTHOR ▼    DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**a** *UNITED FABRICS INTERNATIONAL, INC.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in   UNITED STATES

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**  Name of Author ▼    Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**  **a** Year in Which Creation of This Work Was Completed
2007
This information must be given in all cases.
Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month _____ Day _____ Year _____
ONLY if this work has been published.    Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNITED FABRICS INTERNATIONAL, INC. ATTN: SHAR SIMANTOB
1723 S. CENTRAL AVENUE, LOS ANGELES CA 90021

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 3 0 2007
ONE DEPOSIT RECEIVED
MAR 3 0 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

*Amended by CO from phone call from
TJ Dny, authorized agent of United
Fabrics International, Inc., on May
14, 2007.

| EXAMINED BY | *RB* | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

STUDIO33-SEL600572,BLUE STUDIO-BET0600151,RED STUDIO-NZIA700014,NBET700010,NICE700127,POOL
STUDIO-S144,NEW AGE-NTB0600390,ATMOSPHERE-ADEA600588,BERNINI-0303E33,CONTROMODA-
EEK0600150

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

ADAPTATION OF DESIGN AND ADDITIONAL ARTISTIC WORK

**6**

See instructions before completing this space.

**a**

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                     Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

UNITED FABRICS INTERNATIONAL, INC. ATTN:SHAR SIMANTOB
1723 S. CENTRAL AVENUE, LOS ANGELES CA 90021

**b**

Area code and daytime telephone number    ( 213 ) 749-8200          Fax number    ( 213 ) 749-8300

Email

**CERTIFICATION** I, the undersigned, hereby certify that I am the:
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  UNITED FABRICS INTL., INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SHAR SIMANTOB                                          Date

Handwritten signature (X) ▼
X

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ UNITED FABRICS INTERNATIONAL, INC. ATTN: SHAR SIMANTOB | |
|---|---|---|
| | Number/Street/Apt ▼ 1723 S. CENTRAL AVENUE | |
| | City/State/ZIP ▼ LOS ANGELES, CA 90021 | |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**TITLE OF COLLECTION:** 2007 GEO-ETHNIC COLLECTION II

**CONTENTS:**

1. 4076 – HILDA
2. 8060 – RAQUEL
3. 6011 – EHA
4. E089 – CHRISTA
5. 4078 – CELEST
6. 8064 – AZURE
7. G142 – LATICIA
8. G147 – SHERIDAN
9. G115 – EMMA
10. G134 – DEENA
11. G131 - CARLA

# Exhibit 7



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

## CV09- 3681 SJO (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Scott A. Burroughs, Esq. (SBN 235718)
Michael H. Chiang, Esq. (SBN 258787)
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, CA  90230
Telephone:  (310) 590-1820

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC.<br>a California Corporation<br><div align="right">PLAINTIFF(S)</div>v.<br>THE SWISS COLONY, INC.;<br>See Attached<br><br><div align="right">DEFENDANT(S).</div> | CASE NUMBER<br><br>CV09-03681 SJO (RZX)<br><br><br><br>**SUMMONS** |

TO:    THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
MICHAEL H. CHIANG _____, whose address is:

300 Corporate Pointe, Suite 355
Culver City, CA  90230
Telephone:  (310) 590-1820
Facsimile:  (310) 417-3538
Email:  michael@donigerlawfirm.com

an answer to the ☒ complaint ☐ _____amended complaint ☐ counterclaim ☐ cross-claim
which is herewith served upon you within __20__ days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

Clerk, U.S. District Court

Dated: __MAY 2 2 2009__

By: _____
Deputy Clerk

*(Seal of the Court)*

Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
Michael H. Chiang, Esq. (SBN 258787)
Email: michael@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone (310) 590-1820
Facsimile (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., a California Corporation <br><br> Plaintiff, <br><br> vs. <br><br> THE SWISS COLONY, INC. d/b/a MONROE & MAIN, a Wisconsin Corporation; GUNIT FASHION, INC., a New York Corporation; JES FOOTWEAR, L.L.C. d/b/a ANDIAMO, a Virginia Limited Liability Company; DOES 1 through 10, <br><br> Defendants. | Case No.: <br><br> PLAINTIFF'S COMPLAINT FOR: <br><br> 1. COPYRIGHT INFRINGEMENT <br><br> 2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGMENT <br><br> <u>Jury Trial Demanded</u> |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
UNITED FABRICS INTERNATIONAL, INC.

**DEFENDANTS**
THE SWISS COLONY, INC.; GUNIT FASHION, INC.; JES FOOTWEAR, L.L.C.; DOES 1 through 10

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):
Green County, Wisconsin

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Scott A. Burroughs, Esq. (SBN 235718)
Michael H. Chiang, Esq. (SBN 258787)
300 Corporate Pointe, Suite 355
Culver City, CA 90230

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Act, 17 USC § 101 - Action for misappropriation of Plaintiff's two-dimensional artwork used in the textile industry

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities /Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability
**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157
**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition
**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act
**PROPERTY RIGHTS**
☑ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark
**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))
**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**    Case Number: _____

CV-71 (07/05)    CIVIL COVER SHEET    CV09-03681    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No    ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or

    ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

    ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

    ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
    UNITED FABRICS INTERNATIONAL, INC. - Los Angeles County

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
    THE SWISS COLONY, INC. - Wisconsin
    GUNIT FASHION, INC. - New York
    JES FOOTWEAR, L.L.C. - Virginia

List the California County, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
    Los Angeles County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Michael H. Chiang _____ **Date** _____ May 21, 2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (07/05)

CIVIL COVER SHEET