NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Scott A. Burroughs, Esq. (SBN 235718)
Michael H. Chiang, Esq. (SBN 258787)
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, CA 90230
Telephone: 310-590-1820
Facsimile: 310-417-3538

ATTORNEYS FOR: Plaintiff

FILED
2009 MAY 22 PM 2:41
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED FABRICS INTERNATIONAL, INC.<br><br>Plaintiff(s),<br>v.<br><br>THE SWISS COLONY, INC.; GUNIT FASHION, INC.; JES FOOTWEAR, L.L.C.; DOES 1 through 10,<br>Defendant(s) | CASE NUMBER<br>**CV09-03681 SJO (RZx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for UNITED FABRICS INTERNATIONAL, INC.
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

### PARTY                                                      CONNECTION
(List the names of all such parties and identify their connection and interest.)

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC.; | Plaintiff |
| THE SWISS COLONY, INC.; | Defendant |
| GUNIT FASHION, INC.; | Defendant |
| JES FOOTWEAR, L.L.C.; | Defendant |
| DOES 1 through 10 | Defendants |

5/21/09
Date

Sign  /s/ [signature]

UNITED FABRICS INTERNATIONAL, INC.
Attorney of record for or party appearing in pro per

CV-30 (12/03)                              NOTICE OF INTERESTED PARTIES