1  GRODSKY & OLECKI LLP
   Michael J. Olecki (SBN 133629)
2  William A. Morehead (SBN 233361)
   2001 Wilshire Blvd., Ste. 210
3  Santa Monica, California 90403
   310.315.3009 (phone)
4  310.315.1557 (fax)

5  Attorneys for Defendant JES FOOTWEAR, L.L.C.

UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC. a California Corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE SWISS COLONY, INC. d/b/a MONROE & MAIN, a Wisconsin Corporation, GUNIT FASHION, INC., a New York Corporation; JES FOOTWEAR, L.L.C. d/b/a ANDIAMO, a Virginia Limited Liability Company; DOES 1 through 10,<br>　　　　　　　　Defendants. | Case No.  CV09-03681 SJO (RZx)<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Complaint Served: June 10, 2009<br>Current Resp. Date: June 30, 2009<br>New Resp. Date: July 30, 2009 |

1   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff United Fabrics International, Inc. ("Plaintiff"), on one hand, and Defendant J.E.S. Footwear, L.L.C. ("Defendant"), on the other hand, through their undersigned respective counsel, as follows:

**RECITALS**

WHEREAS, Plaintiff's Complaint was served on Defendant by mail on June 10, 2009;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant must respond to Plaintiff's Complaint within twenty (20) days, or by June 30, 2009;

WHEREAS, Local Rule 8-3 permits that the parties to stipulate to extend the time for Defendant to respond to Plaintiff's Complaint by not more than a total of thirty (30) days and that such a stipulation does not require the Court's approval to be effective;

WHEREAS, the parties have not made any previous stipulation to extend Defendant's time to respond to Plaintiff's Complaint;

WHEREAS, Plaintiff has agreed to extend Defendant's time to respond to Plaintiff's Complaint by thirty (30) days, through and including July 30, 2009;

WHEREAS, Plaintiff has stated no intention, and does not intend by executing this stipulation, to extend the time to respond to Plaintiff's Complaint for any other defendant in this action, named or unnamed.

///
///
///
///
///
///
///

## **STIPULATION**

Based on the foregoing, the parties stipulate that Defendant J.E.S. Footwear, L.L.C. shall have an additional thirty (30) days, through July 30, 2009, to respond to Plaintiff's Complaint.

Dated: June 30, 2009

DONIGER / BURROUGHS APC
Scott A. Burroughs
Michael H. Chiang

By  /s/ Michael H. Chiang
     Michael H. Chiang

Attorneys for Plaintiff UNITED FABRICS INTERNATIONAL, INC.

Dated: June 30, 2009

GRODSKY & OLECKI LLP
Michael J. Olecki
William A. Morehead

By  /s/ William A. Morehead
     William A. Morehead

Attorneys for Defendant
JES FOOTWEAR, L.L.C.