1  GRODSKY & OLECKI LLP
   Michael J. Olecki (SBN 133629)
2  William A. Morehead (SBN 233361)
   2001 Wilshire Blvd., Ste. 210
3  Santa Monica, California 90403
   310.315.3009 (phone)
4  310.315.1557 (fax)

5  Attorneys for Defendant
   JES FOOTWEAR, L.L.C.

# UNITED STATES DISTRICT COURT

## IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

## CENTRAL DIVISION

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC. a California Corporation,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>THE SWISS COLONY, INC. d/b/a MONROE & MAIN, a Wisconsin Corporation, GUNIT FASHION, INC., a New York Corporation; JES FOOTWEAR, L.L.C. d/b/a ANDIAMO, a Virginia Limited Liability Company; DOES 1 through 10,<br>　　　　　　　Defendants. | Case No. CV09-03681 SJO (RZx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: June 10, 2009<br>Current Resp. Date: July 30, 2009<br>New Resp. Date: August 28, 2009 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff United Fabrics International, Inc. ("Plaintiff"), on one hand, and Defendant J.E.S. Footwear, L.L.C. ("Defendant"), on the other hand, through their undersigned respective counsel, as follows:

**RECITALS**

WHEREAS, Plaintiff's Complaint was served on Defendant's agent by mail in Virginia on June 10, 2009;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant was to respond to Plaintiff's Complaint within twenty (20) days, or by June 30, 2009;

WHEREAS, on June 30, 2009, the parties stipulated, pursuant to Local Rule 8-3, to extend Defendant's time to respond to Plaintiff's Complaint by thirty (30) days, or by July 30, 2009, and that this stipulation did not require the Court's approval to become effective;

WHEREAS, the parties now stipulate to extend Defendant's time to respond to Plaintiff's Complaint by an additional twenty-nine (29) days, through and including August 28, 2009, but that the Court's approval is required for this stipulation to become effective;

WHEREAS, good cause exists for the Court to approve this stipulation further extending Defendant's time to respond to Plaintiff's Complaint.  Defendant has made a written settlement proposal to Plaintiff.  Plaintiff has communicated that it is amenable to settlement, but has requested additional documentation.  Similarly, Defendant is requesting additional documentation to substantiate Plaintiff's claim for damages.  The parties believe that they are close to reaching settlement but require additional time to negotiate, exchange information, and prepare and review draft settlement agreements.

///

///

WHEREAS, Plaintiff has stated no intention, and does not intend by executing this stipulation, to extend the time to respond to Plaintiff's Complaint for any other defendant in this action, named or unnamed.

## **STIPULATION**

Based on the foregoing, the parties stipulate, and respectfully request, that the Court approve, that Defendant J.E.S. Footwear, L.L.C. shall have an additional twenty-nine (29) days, through August 28, 2009, to respond to Plaintiff's Complaint.

Dated:  July 23, 2009

DONIGER / BURROUGHS APC
Scott A. Burroughs
Michael H. Chiang

By  /s/ Michael H. Chiang
       Michael H. Chiang

Attorneys for Plaintiff UNITED FABRICS INTERNATIONAL, INC.

Dated:  July 23, 2009

GRODSKY & OLECKI LLP
Michael J. Olecki
William A. Morehead

By  /s/ William A. Morehead
       William A. Morehead

Attorneys for Defendant
JES FOOTWEAR, L.L.C.