**DENIED**
BY ORDER OF
UNITED STATES DISTRICT COURT
JUDGE S. JAMES OTERO
JULY 29, 2009

1  GRODSKY & OLECKI LLP
   Michael J. Olecki (SBN 133629)
2  William A. Morehead (SBN 233361)
   2001 Wilshire Blvd., Ste. 210
3  Santa Monica, California 90403
   310.315.3009 (phone)
4  310.315.1557 (fax)

5  Attorneys for Defendant JES FOOTWEAR, L.L.C.

UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC. a California Corporation, | Case No. CV09-03681 SJO (RZx) |
| Plaintiffs, | **[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| THE SWISS COLONY, INC. d/b/a MONROE & MAIN, a Wisconsin Corporation, GUNIT FASHION, INC., a New York Corporation; JES FOOTWEAR, L.L.C. d/b/a ANDIAMO, a Virginia Limited Liability Company; DOES 1 through 10, | Complaint Served: June 10, 2009<br>Current Resp. Date: July 30, 2009<br>New Resp. Date: August 28, 2009 |
| Defendants. | |

–1–

1  Having read and considered the stipulation by and between Plaintiff United
2  Fabrics International, Inc. ("Plaintiff"), on one hand, and Defendant J.E.S. Footwear,
3  L.L.C. ("Defendant"), on the other hand, through their respective counsel, to extend
4  Defendant's time to respond to Plaintiff's Complaint by an additional twenty-nine (29)
5  days, or by August 28, 2009, and good cause appearing therefor,

6  IT IS ORDERED THAT Defendant J.E.S. Footwear, L.L.C. shall have an
7  additional twenty-nine (29) days, through August 28, 2009, to respond to Plaintiff's
8  Complaint.

10 Dated: _____    _____
                                Hon. S. James Otero
11                              United States District Judge