GRODSKY & OLECKI LLP
Michael J. Olecki (SBN 133629)
William A. Morehead (SBN 233361)
2001 Wilshire Blvd., Ste. 210
Santa Monica, California 90403
310.315.3009 (phone)
310.315.1557 (fax)

Attorneys for Defendant JES FOOTWEAR, L.L.C.

UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC. a California Corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE SWISS COLONY, INC. d/b/a MONROE & MAIN, a Wisconsin Corporation, GUNIT FASHION, INC., a New York Corporation; JES FOOTWEAR, L.L.C. d/b/a ANDIAMO, a Virginia Limited Liability Company; DOES 1 through 10,<br><br>        Defendants. | Case No.  CV09-03681 SJO (RZx)<br><br>**ANSWER BY DEFENDANT JES FOOTWEAR, L.L.C. TO PLAINTIFF'S COMPLAINT** |

–1–

Defendant JES Footwear, L.L.C. ("Defendant"), for itself and no other party, in answer to the Complaint on file herein, admits, denies, and alleges as follows:

## INTRODUCTION

Answering the "Introduction" Paragraph of the Complaint, Defendant denies that it misappropriated any intellectual property right allegedly held by Plaintiff. In further answer to the "Introduction" Paragraph, Defendant lacks information or belief sufficient to enable Defendant to respond to said allegations and based on said grounds, Defendant denies, both generally and specifically, each and every allegation contained therein.

## JURISDICTION AND VENUE

1.  Answering Paragraph 1 of the Complaint, Paragraph 1 is a legal conclusion as to which no averment is required and based on said grounds, Defendant denies, both generally and specifically, each and every allegation contained therein.

2.  Answering Paragraph 2 of the Complaint, Paragraph 2 is a legal conclusion as to which no averment is required and based on said grounds, Defendant denies, both generally and specifically, each and every allegation contained therein.

3.  Answering Paragraph 3 of the Complaint, Paragraph 3 is a legal conclusion as to which no averment is required and based on said grounds, Defendant denies, both generally and specifically, each and every allegation contained therein.

4.  Answering Paragraph 4 of the Complaint, Paragraph 4 is a legal conclusion as to which no averment is required and based on said grounds, Defendant denies, both generally and specifically, each and every allegation contained therein.

## PARTIES

5.  Answering Paragraph 5 of the Complaint, Defendant lacks information or belief sufficient to enable Defendant to respond to said allegations and based on said grounds, Defendant denies, both generally and specifically, each and every allegation contained therein.

6. Answering Paragraph 6 of the Complaint, Defendant lacks information or belief sufficient to enable Defendant to respond to said allegations and based on said grounds, Defendant denies, both generally and specifically, each and every allegation contained therein.

7. Answering Paragraph 7 of the Complaint, Defendant lacks information or belief sufficient to enable Defendant to respond to said allegations and based on said grounds, Defendant denies, both generally and specifically, each and every allegation contained therein.

8. Answering Paragraph 8 of the Complaint, Defendant admits that it is a limited liability company organized and existing under the laws of the State of Virginia. In further answer to Paragraph 8, Defendant denies each and every other allegation contained in this paragraph.

9. Answering Paragraph 9 of the Complaint, Defendant lacks information or belief sufficient to enable Defendant to respond to said allegations and based on said grounds, Defendant denies, both generally and specifically, each and every allegation contained therein.

10. Answering Paragraph 10 of the Complaint, Defendant lacks information or belief sufficient to enable Defendant to respond to said allegations and based on said grounds, Defendant denies, both generally and specifically, each and every allegation contained therein.

11. Answering Paragraph 11 of the Complaint, Defendant denies that it was the agent, affiliate, officer, director, manager, principal, alter-ego, or employee of the remaining Defendants, or was at any time acting within the scope of such agency, affiliation, alter-ego relationship, or employment. In further answer to Paragraph 11, Defendant denies that it actively participated in, or subsequently ratified and adopted, or both, any of the acts or conduct alleged by Plaintiff in its Complaint, with full knowledge of any facts and circumstances, including, full knowledge of any alleged

violation of Plaintiff's rights and alleged damages to Plaintiff proximately caused thereby.  In further answer to Paragraph 11, Defendant lacks information or belief sufficient to enable Defendant to respond to the other allegations and based on said grounds, Defendant denies, both generally and specifically, each and every other allegation contained therein.

## CLAIMS RELATED TO GEOMETRIC COLLECTION DESIGNS

12.     Answering Paragraph 12 of the Complaint, Defendant lacks information or belief sufficient to enable Defendant to respond to said allegations and based on said grounds, Defendant denies, both generally and specifically, each and every allegation contained therein.

13.     Answering Paragraph 13 of the Complaint, Defendant lacks information or belief sufficient to enable Defendant to respond to said allegations and based on said grounds, Defendant denies, both generally and specifically, each and every allegation contained therein.

14.     Answering Paragraph 14 of the Complaint, Defendant lacks information or belief sufficient to enable Defendant to respond to said allegations and based on said grounds, Defendant denies, both generally and specifically, each and every allegation contained therein.

15.     Answering Paragraph 15 of the Complaint, Defendant denies that it, without Plaintiff's authorization, purchased, sold, manufactured, caused to be manufactured, imported, or distributed fabric bearing a design that is identical or substantially similar to the "Geometric Collection Designs" (as defined by Paragraph 12 of the Complaint), or merchandise comprised of such fabric.  In further answer to Paragraph 15, Defendant lacks information or belief sufficient to enable Defendant to respond to the other allegations and based on said grounds, Defendant denies, both generally and specifically, each and every other allegation contained therein.

16. Answering Paragraph 16 of the Complaint, Defendant denies that it has distributed illegal fabric and merchandise to the public by sale. In further answer to Paragraph 16, Defendant denies that it has violated any copyright allegedly held by Plaintiff. In further answer to Paragraph 16, Defendant lacks information or belief sufficient to enable Defendant to respond to the other allegations and based on said grounds, Defendant denies, both generally and specifically, each and every other allegation contained therein.

## CLAIMS RELATED TO CELEST DESIGN

17. Answering Paragraph 17 of the Complaint, Defendant lacks information or belief sufficient to enable Defendant to respond to said allegations and based on said grounds, Defendant denies, both generally and specifically, each and every allegation contained therein.

18. Answering Paragraph 18 of the Complaint, Defendant lacks information or belief sufficient to enable Defendant to respond to said allegations and based on said grounds, Defendant denies, both generally and specifically, each and every allegation contained therein.

19. Answering Paragraph 19 of the Complaint, Defendant lacks information or belief sufficient to enable Defendant to respond to said allegations and based on said grounds, Defendant denies, both generally and specifically, each and every allegation contained therein.

20. Answering Paragraph 20 of the Complaint, Defendant lacks information or belief sufficient to enable Defendant to respond to said allegations and based on said grounds, Defendant denies, both generally and specifically, each and every allegation contained therein.

21. Answering Paragraph 21 of the Complaint, Defendant denies that it, without Plaintiff's authorization, purchased, sold, manufactured, caused to be manufactured, imported, or distributed fabric bearing a design that is identical or

substantially similar to the "Celest Design" (as defined by Paragraph 18 of the Complaint), or merchandise comprised of such fabric. In further answer to Paragraph 21, Defendant lacks information or belief sufficient to enable Defendant to respond to the other allegations and based on said grounds, Defendant denies, both generally and specifically, each and every other allegation contained therein.

22.   Answering Paragraph 22 of the Complaint, Defendant denies that it has distributed illegal fabric and merchandise to the public by sale. In further answer to Paragraph 22, Defendant denies that it has violated any copyright allegedly held by Plaintiff. In further answer to Paragraph 22, Defendant lacks information or belief sufficient to enable Defendant to respond to the other allegations and based on said grounds, Defendant denies, both generally and specifically, each and every other allegation contained therein.

23.   Answering Paragraph 23 of the Complaint, Defendant admits that Plaintiff, in the Complaint, collectively refers to the "Geometric Collection Designs" and the "Celest Designs" as the "Subject Designs." In further answer to Paragraph 23, Defendant denies each and every other allegation contained in this paragraph.

24.   Answering Paragraph 24 of the Complaint, Defendant admits that Plaintiff, in the Complaint, collectively refers to the "Geometric Collection Infringing Products" (as defined by Paragraph 15 of the Complaint) and the "Celest Infringing Products" (as defined by Paragraph 21 of the Complaint) as the "Subject Products." In further answer to Paragraph 24, Defendant denies each and every other allegation contained in this paragraph.

**FIRST CLAIM FOR RELIEF**

25.   Answering Paragraph 25 of the Complaint, Defendant refers to and incorporates every allegation, admission, and denial set forth in Paragraphs 1 through 23, above.

1   26.   Answering Paragraph 26 of the Complaint, Defendant denies that it had access to the "Subject Designs" (as defined by Paragraph 23 of the Complaint), including access to Plaintiff's design library, access to authorized or unauthorized reproductions in the possession of other vendors or DOE Defendants, or access to Plaintiff's strike-offs, swatches, paper CADs, or samples.  In further answer to Paragraph 26, Defendant lacks information or belief sufficient to enable Defendant to respond to the other allegations and based on said grounds, Defendant denies, both generally and specifically, each and every other allegation contained therein.

27.   Answering Paragraph 27 of the Complaint, Defendant admits that it participates in the manufacturing and selling of certain fashion merchandise.  In further answer to Paragraph 27, Defendant denies that any merchandise supplied by Defendant infringed the "Subject Designs" through use of unauthorized print designs that were identical or substantially similar to the "Subject Designs."  In further answer to Paragraph 27, Defendant lacks information or belief sufficient to enable Defendant to respond to the other allegations and based on said grounds, Defendant denies, both generally and specifically, each and every other allegation contained therein.

28.   Answering Paragraph 28 of the Complaint, Defendant denies that it infringed any copyright allegedly held by Plaintiff by importing, creating, making, developing, or advertising directly infringing or derivative works from the "Subject Designs" or by importing, producing, distributing, or selling "Subject Products" through a nationwide network of retail channels.  In further answer to Paragraph 28, Defendant lacks information or belief sufficient to enable Defendant to respond to the other allegations and based on said grounds, Defendant denies, both generally and specifically, each and every other allegation contained therein.

29.   Answering Paragraph 29 of the Complaint, Defendant denies that it committed any alleged act of infringement.  In further answer to Paragraph 29, Defendant lacks information or belief sufficient to enable Defendant to respond to the

1  other allegations and based on said grounds, Defendant denies, both generally and
2  specifically, each and every other allegation contained therein.

3      30.    Answering Paragraph 30 of the Complaint, Defendant denies that it
4  committed any alleged act of infringement.  In further answer to Paragraph 30,
5  Defendant lacks information or belief sufficient to enable Defendant to respond to the
6  other allegations and based on said grounds, Defendant denies, both generally and
7  specifically, each and every other allegation contained therein.

8      31.    Answering Paragraph 31 of the Complaint, Defendant denies that it
9  committed any alleged act of copyright infringement.  In further answer to Paragraph
10 31, Defendant lacks information or belief sufficient to enable Defendant to respond to
11 the other allegations or the other allegations are legal conclusions and based on said
12 grounds, Defendant denies, both generally and specifically, each and every other
13 allegation contained therein.

14     32.    Answering Paragraph 32 of the Complaint, Defendant denies that it has
15 imported, manufactured, caused to be manufactured, or sold "Subject Products" with
16 knowledge that such conduct was in violation of any copyright allegedly held by
17 Plaintiff.  In further answer to Paragraph 32, Defendant lacks information or belief
18 sufficient to enable Defendant to respond to the other allegations or the other
19 allegations are legal conclusions and based on said grounds, Defendant denies, both
20 generally and specifically, each and every other allegation contained therein.

21 **<u>SECOND CLAIM FOR RELIEF</u>**

22     33.    Answering Paragraph 33 of the Complaint, Defendant refers to and
23 incorporates every allegation, admission, and denial set forth in Paragraphs 1 through
24 31, above.

25     34.    Answering Paragraph 34 of the Complaint, Defendant denies that it
26 knowingly induced, participated in, aided and abetted in, and resultantly profited from
27 the illegal reproduction, importation, purchase, advertising, distribution, or sales of
28

"Subject Products." In further answer to Paragraph 34, Defendant lacks information or belief sufficient to enable Defendant to respond to the other allegations and based on said grounds, Defendant denies, both generally and specifically, each and every other allegation contained therein.

35. Answering Paragraph 35 of the Complaint, Defendant denies that it is vicariously liable for any alleged act of infringement. In further answer to Paragraph 35, Defendant denies that had the right and ability to supervise any allegedly infringing conduct, or had a direct financial interest in any alleged infringing conduct. In further answer to Paragraph 35, Defendant lacks information or belief sufficient to enable Defendant to respond to the other allegations and based on said grounds, Defendant denies, both generally and specifically, each and every other allegation contained therein.

36. Answering Paragraph 36 of the Complaint, Defendant denies that it committed any alleged act of contributory or vicarious infringement. In further answer to Paragraph 36, Defendant lacks information or belief sufficient to enable Defendant to respond to the other allegations and based on said grounds, Defendant denies, both generally and specifically, each and every other allegation contained therein.

37. Answering Paragraph 37 of the Complaint, Defendant denies that it committed any alleged act of contributory or vicarious infringement. In further answer to Paragraph 37, Defendant lacks information or belief sufficient to enable Defendant to respond to the other allegations or the other allegations are legal conclusions and based on said grounds, Defendant denies, both generally and specifically, each and every other allegation contained therein.

38. Answering Paragraph 38 of the Complaint, Defendant denies that it has imported, manufactured, caused to be manufactured, or sold "Subject Products" with knowledge that such conduct was in violation of any copyright allegedly held by

Plaintiff. In further answer to Paragraph 38, Defendant lacks information or belief sufficient to enable Defendant to respond to the other allegations or the other allegations are legal conclusions and based on said grounds, Defendant denies, both generally and specifically, each and every other allegation contained therein.

As and for its affirmative defenses, Defendant alleges as follows:

**FIRST AFFIRMATIVE DEFENSE**

39. The Complaint, and each and every purported claim for relief therein, fails to state valid claims for relief against Defendant.

**SECOND AFFIRMATIVE DEFENSE**

40. The Complaint, and each and every purported claim for relief therein, is barred by the doctrine of waiver.

**THIRD AFFIRMATIVE DEFENSE**

41. Defendant is informed and believes, and thereon alleges, that the Complaint, and each and every purported claim for relief therein, is barred, in whole or in part, by reason of Plaintiff's inequitable conduct and/or unclean hands.

**FOURTH AFFIRMATIVE DEFENSE**

42. The Complaint, and each and every purported claim for relief therein, are barred by the doctrine of estoppel.

**FIFTH AFFIRMATIVE DEFENSE**

43. To the extent that Defendants may have used Plaintiff's copyrighted materials, which Defendant denies, such use was excused because it constituted fair use.

**SIXTH AFFIRMATIVE DEFENSE**

44. Defendant is informed and believes, and thereon alleges, that Plaintiff engaged in fraud on the Copyright Office in that Plaintiff intentionally made the false representation in its application for Registration No. VAu 751-468 and/or Registration

No. VAu 739-400 that Plaintiff authored the subject work, and this misrepresentation was material in that in its absence, registration would not have issued.

### SEVENTH AFFIRMATIVE DEFENSE

45. Plaintiff has failed to mitigate its losses or damages, if any. Therefore, the damages, if any, should be barred or reduced by the amount of such damages that Plaintiff could have avoided.

### EIGHTH AFFIRMATIVE DEFENSE

46. The damages sought by Plaintiff in the Complaint were caused directly and proximately by the negligence, fault, recklessness or unlawful conduct of persons other than Defendant, whether individual, corporate, associate or otherwise, and whether named or unnamed.

### NINTH AFFIRMATIVE DEFENSE

47. Defendant is informed and believes, and thereon alleges, that Plaintiff's copyright, if it exists, is invalid.

### TENTH AFFIRMATIVE DEFENSE

48. Defendant is informed and believes, and thereon alleges, that Plaintiff's copyright registration is invalid.

### ELEVENTH AFFIRMATIVE DEFENSE

49. Defendant is informed and believes, and thereon alleges, that Plaintiff is not entitled to a copyright for the work because the work done, if any, was on a work for hire basis.

### TWELFTH AFFIRMATIVE DEFENSE

50. Defendant is informed and believes, and thereon alleges, that Plaintiff's product failed to contain an appropriate copyright notice.

///

///

///

WHEREFORE, Defendant prays for judgment, as follows.

1. That Plaintiff take nothing by way of its Complaint on file herein;

2. That the Complaint, and each and every purported claim for relief set forth therein, be dismissed, with prejudice;

3. For the costs of suit incurred herein; and

4. For such other and further relief as this Court may deem just and proper.

Dated: July 30, 2009

GRODSKY & OLECKI LLP
Michael J. Olecki
William A. Morehead

By  /s/  William A. Morehead
       William A. Morehead

Attorneys for Defendants JES FOOTWEAR, L.L.C.