| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br><br>GRODSKY & OLECKI LLP<br>Michael J. Olecki (SBN 133629)<br>William A. Morehead (SBN 233361)<br>2001 Wilshire Blvd., Ste. 210<br>Santa Monica, California 90403<br>310.315.3009 (phone)<br>310.315.1557 (fax)<br><br>ATTORNEYS FOR: Defendant JES FOOTWEAR, L.L.C. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC.,<br><br>                                    Plaintiff(s),<br>v.<br><br>THE SWISS COLONY, INC. d/b/a MONROE & MAIN; GUNIT FASHION, INC.; JES FOOTWEAR, L.L.C. d/b/a ANDIAMO; DOES 1 through 10,<br>                                    Defendant(s) | CASE NUMBER<br><br>CV09-03681 SJO (RZx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Defendant JES Footwear, L.L.C.
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                        **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

1) James Barrett – co-owner of JES.
2) Janice M. Barrett – co-owner of JES.

8/4/09
Date

Sign

William Morehead, Attorney for Defendant JES FOOTWEAR, L.L.C.
Attorney of record for or party appearing in pro per

**NOTICE OF INTERESTED PARTIES**
CV-30 (12/03)