**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| PLAINTIFF(S)<br>v.<br>DEFENDANT(S). | CASE NUMBER<br><br>**ADR PILOT PROGRAM QUESTIONNAIRE** |

(1) What, if any, discovery do the parties believe is essential in order to prepare adequately for a settlement conference or mediation?  Please outline with specificity the type(s) of discovery and proposed completion date(s).  Please outline any areas of disagreement in this regard.  Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

_____
_____
_____
_____
_____
_____
_____
_____

(2) What are the damage amounts being claimed by each plaintiff?  Identify the categories of damage claimed [e.g., lost profits, medical expenses (past and future), lost wages (past and future), emotional distress, damage to reputation, etc.] and the portion of the total damages claimed attributed to each category.

_____
_____
_____
_____
_____
_____
_____
_____

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Pilot Program?
    Yes ☐        No ☐

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

| | |
|---|---|
| ☐ Title VII | ☐ Age Discrimination |
| ☐ 42 U.S.C. §1983 | ☐ California Fair Employment and Housing Act |
| ☐ Americans with Disabilities Act of 1990 | ☐ Rehabilitation Act |
| ☐ Other _____ | |

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

_____    _____
*Date*                                           *Attorney for Plaintiff (Signature)*

                                                 _____
                                                 *Attorney for Plaintiff (Please print full name)*

_____    _____
*Date*                                           *Attorney for Defendant (Signature)*

                                                 *Attorney for Defendant (Please print full name)*

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Pilot Program?

　　Yes　　　　No X

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

| | |
|---|---|
| Title VII | Age Discrimination |
| 42 U.S.C. §1983 | California Fair Employment and Housing Act |
| Americans with Disabilities Act of 1990 | Rehabilitation Act |

Other _____

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

August 17, 2009

*Date*

/s/ Michael H. Chiang

*Attorney for Plaintiff (Signature)*

Michael H. Chiang

*Attorney for Plaintiff (Please print full name)*

August 17, 2009

*Date*

/s/ William Morehead

*Attorney for Defendant (Signature)*

William Morehead

*Attorney for Defendant (Please print full name)*

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Pilot Program?

    Yes      No X

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

| | |
|---|---|
| Title VII | Age Discrimination |
| 42 U.S.C. §1983 | California Fair Employment and Housing Act |
| Americans with Disabilities Act of 1990 | Rehabilitation Act |

Other _____

_____

_____

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

_____      _____
*Date*                                            *Attorney for Plaintiff (Signature)*

                                                 _____
                                                 *Attorney for Plaintiff (Please print full name)*

August 17, 2009                  consent (not admitted to the California Bar)
_____      _____
*Date*                                            *Attorney for Defendant (Signature)*

                                                 Dwight Yellen
                                                 *Attorney for Defendant (Please print full name)*

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Pilot Program?

Yes      No X

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

| | |
|---|---|
| Title VII | Age Discrimination |
| 42 U.S.C. §1983 | California Fair Employment and Housing Act |
| Americans with Disabilities Act of 1990 | Rehabilitation Act |
| Other _____ | |

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

_____      _____
*Date*     *Attorney for Plaintiff (Signature)*

    _____
    *Attorney for Plaintiff (Please print full name)*

August 17, 2009     _____ consent (not admitted to the California Bar)____
_____
*Date*     *Attorney for Defendant (Signature)*

      David Brezina_____
    *Attorney for Defendant (Please print full name)*