Edouard V. Rosa, State Bar #108600
E-mail: evrosalaw@att.net
LAW OFFICES OF EDOUARD V. ROSA
28047 Dorothy Drive, Suite 305
Agoura Hills, California 91301
Telephone: (818) 735-0590
Facsimile: (818) 735-0594

and

David C. Brezina
E-mail: dbrezina@ladas.net
LADAS & PARRY LLP
224 South Michigan Avenue
Chicago, Illinois 60604
Telephone: (312) 427-1300
Facsimile: (312)427-6663
Pro Hac Vice Application Pending

Attorneys for Defendant, Counter-Claimant
and Cross-Claimant
The Swiss Colony, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE SWISS COLONY, INC. d/b/a MONROE & MAIN, a Wisconsin Corporation; GUNIT FASHION, INC., a New York Corporation; JES FOOTWEAR, L.L.C. d/b/a ANDIAMO, a Virginia Limited Liability Company; DOES 1 through 10,<br><br>Defendants. | Case No.: CV09-03681-SJO (RZx)<br>Honorable S. James Otero Presiding<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>(Local Rule 7.1-1) |

TSC/201-514/002

TO ALL PARTIES AND THIS HONORABLE COURT"

The undersigned, counsel of record for Defendant, Counter-Claimant and Cross-Claimant THE SWISS COLONY, INC. certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | | CONNECTION |
|---|---|---|
| 1. | United Fabrics International, Inc., | Plaintiff |
| 2. | The Swiss Colony, Inc. | Defendant |
| 3. | Gunit Fashion, Inc. | Defendant |
| 4. | JES Footwear, L.L.C. | Defendant. |

The Swiss Colony, Inc. is a privately owned company and no publicly held corporation owns 10% or more of the corporation.

LAW OFFICES OF EDOUARD V. ROSA
LADAS & PARRY LLP

Dated: August 19, 2009       By: _/s/ Edouard V. Rosa_
Edouard V. Rosa
David C. Brezina (Pro Hac Vice Pending)
Attorneys for Defendant, Counter-Claimant
and Cross-Claimant
THE SWISS COLONY, INC.

TSC/201-514/002

CERTIFICATION OF INTERESTED PARTIES