# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge **Otero**

From: **Marilyn Davis**, Deputy Clerk    Date Received: **8/19/09**

Case No.: **2:09-CV-3681-SJO(RZ)**    Case Title: **United Fabrics Intl, Inc. v. The Swiss Colony, Inc.**

Document Entitled: **Answer, Counterclaim And Cross-Claim of the Swiss Colony, Inc**

FILED
CLERK, U.S. DISTRICT COURT
AUG 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1      Proposed amended pleading not under separate cover
☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)      No proof of service attached to document(s)
☒ Other: **The Counterclaimants And Cross-Claimants Are Not On the Caption Page.**

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                       U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

**8/20/09**    _[signature]_
Date                       U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---

CV-104A (12/03)    NOTICE OF DOCUMENT DISCREPANCIES

ORIGINAL

1  Edouard V. Rosa, State Bar #108600
   E-mail: evrosalaw@att.net
2  LAW OFFICES OF EDOUARD V. ROSA
   28047 Dorothy Drive, Suite 305
3  Agoura Hills, California 91301
   Telephone: (818) 735-0590
4  Facsimile: (818) 735-0594

5  and

6  David C. Brezina, IL Bar # 3121581
   E-mail: dbrezina@ladas.net
7  LADAS & PARRY LLP
   224 South Michigan Avenue
8  Chicago, Illinois 60604
   Telephone: (312) 427-1300
9  Facsimile: (312)427-6663
   Pro Hac Vice Application Pending
10
11 Attorneys for Defendant, Counter-Claimant
   and Cross-Claimant
12 The Swiss Colony, Inc.

RECEIVED AND RETURNED
CLERK, U.S. DISTRICT COURT
AUG 20 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

RECEIVED BUT NOT FILED
AUG 19 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 15  UNITED FABRICS INTERNATIONAL, 16  INC., a California Corporation 17  Plaintiff, 18 19  vs. 20  THE SWISS COLONY, INC. d/b/a 21  MONROE & MAIN, a Wisconsin Corporation; GUNIT FASHION, INC., a New 22  York Corporation; JES FOOTWEAR, L.L.C. d/b/a ANDIAMO, a Virginia Limited Liability 23  Company; DOES 1 through 10, 24 25  Defendants. | Case No.: CV09-03681-SJO (RZx)  *Honorable S. James Otero Presiding*  **ANSWER, COUNTERCLAIM AND CROSS-CLAIM OF THE SWISS COLONY, INC.**  DEMAND FOR JURY TRIAL [F.R. Civ. P. 38(b)] |

Answer to Complaint
1